CHRISTOPHER J. CHRISTIE
United States Attorney
DAVID E. DAUENHEIMER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2925
David.Dauenheimer2@usdoj.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. *Noel L. Hillman* . |
| *Petitioner,* | *Civil Action No.* 08 cv 5002 |
| v. | ORDER |
| COREY BROWER, | |
| *Respondent.* | |

HAVING been apprised that Respondent has expressed his intent to voluntarily and fully comply with the IRS summons, has taken steps towards such compliance,

AND it appearing that Respondent has failed to file any response to the order to show cause or any objections to the summons, it is hereby:

ORDERED that the show cause hearing set for December 22, 2008 is vacated. It is further

ORDERED that should respondent not fully comply with the administrative subpoena by March 2, 2009, Respondent shall appear before the Hon. Noel L. Hillman, U.S.D.J., at Courtroom 3A at *10:00a* m., on

*March   9*_____, 200*9*, to show cause why respondent should not
be adjudged guilty of civil contempt of Court for failure to obey its lawful Order,
pursuant to a petition by the United States after repeated failures by
respondent to comply with the administrative subpoena.

Entered this __4ᵗʰ__ day of __December_____, 2008.

BY THE COURT:

*Noel L. (Hillman USDJ*
Hon.

*At Camden, New Jersey*

2